BRAD D. KRASNOFF, State Bar No. 125065
krasnoff lbbslaw.com
SCOTT LEE, State Bar No. 204564
slee@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012-2601
Telephone: (213)250-1800
Facsimile: (213)250-7900

Attorneys for JASON M. RUND, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTOPHER A. EBERTS,<br><br>Debtor.<br><br>BLUE RIDER FINANCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER EBERTS and KRISTEN EBERTS,<br><br>Defendants. | Case No.: 2:09-bk-12534-ER<br><br>Chapter 7<br><br>Adv. No.: 09-01452-ER<br><br>**NOTICE OF CONTINUATION OF MEDIATION CONFERENCE**<br><br>Date: January 6, 2010<br>Time: 9:30 a.m.<br>Place: Chambers of the Honorable Samuel L. Bufford, United States Bankruptcy Judge 255 E. Temple St., Suite 1575 Los Angeles, CA 90012 |

TO KRISTEN EBERTS AND HER COUNSEL OF RECORD, RFF FAMILY PARTNERSHIP LP AND ITS COUNSEL OF RECORD, PALM FINANCE CORPORATION/A-MARK ENTERTAINMENT, LLC/NIGHT TRAIN FILMS AND THEIR COUNSEL OF RECORD, BLUE RIDER FINANCE, INC. AND ITS COUNSEL OF RECORD, MATTHEW MINNIS AND HIS COUNSEL OF RECORD, AND OTHER PARTIES IN INTEREST:

///

///

4818-9082-1637.1                                    -1-

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1   NOTICE IS HEREBY GIVEN that the Mediation Conference regarding the above-
2   referenced adversary proceeding, which Conference was conducted on November 12, 2009 at 10:00
3   a.m. and on November 24, 2009 at 9:30 a.m. before the Honorable Samuel L. Bufford, United States
4   Bankruptcy Judge acting as Mediator, be and hereby is continued to January 6, 2010 at 9:30 a.m. at
5   the date, time and location referenced above.

7   DATED: December 1, 2009        LEWIS BRISBOIS BISGAARD & SMITH LLP

9                                  By: /s/
10                                 BRAD D. KRASNOFF
                                   SCOTT LEE
                                   Attorneys for Jason M. Rund, Chapter 7 Trustee

4818-9082-1637.1

-2-

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 221 North Figueroa Street, 12th Floor, Los Angeles, California 90012-2601

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUATION OF MEDIATION CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December ___, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the U.S. Trustee - ustpregion16.la.ecf@usdoj.gov

[ X ] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**

On December ___, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ X ] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December _, 2009              Ronni E. King              /s/ signature
Date                          Type Name                  Signature

4818-9082-1637.1                    -3-

| | |
|---|---|
| **ADDITIONAL SERVICE INFORMATION (if needed):** | |
| **VIA U.S. MAIL AND ELECTRONICALLY:** | |
| **CHAPTER 7 TRUSTEE:**<br>Jason M. Rund, Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245 | jrund@srlawyers.com |
| **KRISTEN EBERTS:**<br>Kristin Eberts<br>c/o Nomi L. Castle, Esq.<br>Robert S. Blonstein, Esq.<br>Castle & Associates<br>1925 Century Park East, Suite 210<br>Los Angeles, CA 90067 | rblonstein@castlelawoffice.com |
| **BLUE RIDER FINANCE, INC.:**<br>Blue Rider Finance, Inc.<br>c/o Michelle E. Goodman, Esq.<br>Hamrick & Evans LLP<br>111 Universal Hollywood Dr., Suite 2200<br>Universal City, CA 91608 | mgoodman@hamricklaw.com |
| **RFF FAMILY PARTNERSHIP LP:**<br>RFF Family Partnership LP<br>c/o Joon M. Khang, Esq.<br>Khang & Khang LLP<br>1901 Avenue of the Stars, 2nd Fl.<br>Los Angeles, CA 90067 | joon@khanglaw.com |
| **ATTORNEYS FOR RFF FUNDING:**<br>Dayton B. Parcells III, Esq.<br>Parcells Law Firm<br>1901 Avenue of the Stars, 11th Fl.<br>Los Angeles, CA 90067 | dbparcells@parcellslaw.com |
| **MATTHEW MINNIS;**<br>Matthew Minnis<br>c/o Leslie A. Cohen, Esq.<br>Jamie K. Williams, Esq.<br>Leslie Cohen Law, PC<br>501 Santa Monica Blvd., Suite 700<br>Santa Monica, CA 90401 | leslie@lesliecohenlaw.com |
| **PALM FINANCE CORPORATION/<br>A-MARK ENTERTAINMENT, LLC/<br>NIGHT TRAIN FILMS, LLC:**<br>Palm Finance Corporation<br>A-Mark Entertainment, LLC<br>Night Trains Films, LLC<br>c/o John F. Kurtz, Jr.,<br>Hawley Troxell Ennis & Hawley LP<br>877 W. Main, Suite 1000<br>Boise, ID 83702 | jkurtz@hawleytroxell.com |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-9082-1637.1

**VIA U.S. MAIL**

Office of the U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017

**MEDIATOR**
The Honorable Samuel L. Bufford
U.S. Bankruptcy Court
Los Angeles Division
255 E. Temple St., Suite 1582
Los Angeles, CA 90012

**COURT**
The Honorable Ernest M. Robles.S. Bankruptcy Court
Los Angeles Division
255 E. Temple St., Suite 1560
Los Angeles, CA 90012

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-9082-1637.1

-5-